IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| IN RE:   SAMUEL BURROW, JR. | * |
| | *   Bankruptcy No. 06-17002-NVA |
| | * |
| | *   Chapter 11 |
| Debtor | * |
| | * |

**************************************************************************

SUBURBAN FEDERAL SAVINGS BANK        *
2120 Baldwin Avenue                              *
Crofton, MD  21114                                  *

Creditor/Movant

v.

SAMUEL BURROW, JR.
11600 West Winchester Lane
Ellicott City, MD  21042

Respondent

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Suburban Federal Savings Bank, by its undersigned counsel, moves that this Court grant relief from the automatic stay imposed by Title 11, U.S.C. Section 362(a), and as reasons therefor, states as follows:

1. Jurisdiction of this action is founded upon Title 11 U.S.C. Section 362(a).

2. That Suburban Federal Savings Bank is a secured creditor holding a deed of

Law Offices

**HEISE JORGENSEN & STEFANELLI, P.A.**

18310 Montgomery Village Avenue
Suite 400
Gaithersburg, MD 20879

-------
(301) 258-0400

trust on property co-owned by Respondent, Samuel Burrow, Jr., and his non-filing, non-debtor spouse, Armintia C. Burrow, which property has the address of 11600 West Winchester Lane, Ellicott City, Maryland 21042, as described in said deed of trust and loan modification agreement recorded respectively in Liber 09244 at Folio 365 and in Liber 09932 at Folio 278 among the Land Records of Howard County, Maryland. Copies of said deed of trust and loan modification agreement are attached hereto as Exhibits A and B.

3. That payments of the indebtedness referenced in Paragraph 2 above are due monthly on the 1st day of the month, and that since the date of filing of the Petition herein, i.e. November 6, 2006, the Debtor has failed to make post-petition payments for the months of January through May, 2007, in the total amount of $48,406.85, together with applicable late charges and legal fees.

4. That as of May 11, 2007, the principal balance due on the first trust indebtedness held by Suburban Federal Savings Bank, as referenced in Paragraph 2 above, was $1,307,689.00, with interest thereafter at the rate of 8.375% per annum, and that the total indebtedness as of that date, including accrued interest of $112,519.48, escrow advances of $15,000.00, returned check charges of $20.00, and late charges of 912.66, was $1,436,141.14.

5. Debtor's Schedule A filed herein states the value of the subject real property to be $1,800,000.00.

6.	As a result of the Debtor's failure to make post-petition payments and the current difficult real estate market, the equity, if any, in the subject property, is rapidly diminishing to the detriment of both secured and unsecured creditors.

WHEREFORE, the premises considered, Suburban Federal Savings Bank moves that this Court grant relief from the automatic stay imposed by the aforesaid provision of the Bankruptcy Code by terminating the stay as to the real property known as 11600 West Winchester Lane, Ellicott City, Maryland 21042; or in the alternative, order that the Debtor immediately cure the post-petition arrearage; or in the alternative, order that the Debtor make payments to provide adequate protection of the equity in the property.

					HEISE JORGENSEN & STEFANELLI P.A.


				By ___/s/_____
					Steven P. Henne
					Attorney for Movant
					18310 Montgomery Village Avenue, Suite 400
					Gaithersburg, MD 20910
					(301) 977-8400

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing was mailed by first class mail, postage prepaid, this 15th day of May, 2007, to:

1. Samuel Burrow, Jr.
   11600 West Winchester Lane
   Ellicott City, MD 21042

2. Adam M. Freiman, Esq.
   D. Phillip Anderson, Esq.
   Jeffrey M. Sirody, Esq.
   Sirody, Freiman & Feldman, P.C.
   1777 Reisterstown Road, Suite 360E
   Baltimore, MD  21208

3. Thaddeus Jay Holmquist, Esq.
   1825 Rambling Ridge Lane, Suite 302
   Baltimore, MD  21209

                                __/s/_____
                                Steven P. Henne

L:\Law\Foreclosures\2006\SFSB\Burrow\Motion - Chapter 11.doc
May 15, 2007