IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

IN RE: **Samuel Burrow, Jr.**,       \*       Case No 06-17002
    \*       (Chapter 11)
    Debtor.       \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEBTOR'S OBJECTION TO MOTION FOR RELIEF FROM STAY

In response to the *Motion for Relief From Automatic Stay* filed herein by Suburban Federal Savings Bank, Debtor, by counsel, states:

1. Admit.
2. Admit.
3. Admit in part and deny in part. Debtor has attempted to tender payments to the lender, but it has refused to accept same.
4. Debtor demands strict proof of all amounts claimed to be due under the first trust indebtedness.
5. Admit.
6. Deny. Lender is substantially over-secured. Further, Debtor is willing and able to make adequate protection payments to the lender.

WHEREFORE, the *Motion for Relief From Automatic Stay* should be denied.

May 22, 2007       /s/ Samuel Burrow
    Debtor


    /s/ Adam M. Freiman
    Adam M. Freiman Bar No.23047
    1777 Reisterstown Road
    Suite 360
    Baltimore, MD 21208
    (410) 415-0445

    Counsel for Debtor

### CERTIFICATE OF SERVICE

Counsel for Suburban and the US Trustee will be served electronically. No further service is necessary.

    /s/Adam M. Freiman